CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 26 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ORLANDO MAURICE JOHNSON,<br>**Plaintiff,** | Civil Action No. 7:19-cv-00046 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By: Jackson L. Kiser |
| STAUNTON PUBLIC DEFENDERS OFFICE,<br>**Defendant(s),** | Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered January 24, 2019, the court directed plaintiff to submit within 20 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the month of July, 2018 obtained from the appropriate prison official of each prison at which plaintiff was confined during that month. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of February, 2019.

/s/ Jackson L. Kiser
Senior United States District Judge